Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED IN CLERK'S OFFICE
U.S.D.C. – Rome

MAR 31 2026

KEVIN P. WEIMER, Clerk
By:              Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia

RECEIVED IN CLERK'S OFFICE
U.S.D.C. – Rome

MAR 3 1 2026

KEVIN P. WEIMER, Clerk
By:        Deputy Clerk

_Rome_ , Division

Case No. 4:26-CV- 076

_(to be filled in by the Clerk's Office)_

Randy Lee Capchart

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

John F. Walsh Board of Governors
and Albert V. Casey, Legree S.

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: _(check one)_ ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        *Randy Lee Copehart*

Address      *216 East Park St*

*Dalton            Ga       30220*

        City     State   Zip Code

County

Telephone Number    *706-581-5225*

E-Mail Address        *Randy Capehart 067@gmail. Com*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                    *John F. Walsh*

Job or Title *(if known)*    *Board of Governors*

Address                 *United States Postal Service*

*Wasington        DC    20260-0010*

        City     State   Zip Code

County

Telephone Number        *202-789-6800*

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name                    *Albert V. Casey*

Job or Title *(if known)*    *Board of Governors*

Address                 *475 L Enfont Plaza S-W*

*Wasington        D.C    20260-0010*

        City     State   Zip Code

County

Telephone Number        *202-789-6800*

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Address _____

_____
City          State          Zip Code

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____
City          State          Zip Code

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? The united States Postal Service. Sent my legal documents back To The office of The Clerk of the united states District Court Claiming That my Address is incorrect my address is Correct it always has been The same Randy Lee CapChart 216 East Park St Dalton Ga 30720

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? The Postmaster of The Dalton Ga. Post office held my legal Documents for over 6 weeks and sent Them back To The Clerk office of The united states District Court Claiming That my address is incorrect but my address is

Page 3 of 6

Correct Randly Lee Capehart 216 East Park St. Dalton Ga- 30720

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *The Postmaster holding my Legal Documents for over 6 weeks not Explaining why he or she dit it and Sent Them back claiming That my address is incorrect when it is correct and Thon F. walsh and Albert V. Casey and legree s. for not making Sore That mail is Probably delivered on Time*

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
   at The main Post office in Dalton Ga. united States Post office Dalton Ga. 30720

B.  What date and approximate time did the events giving rise to your claim(s) occur?
   From December 5th 2025 To when The was mailed To me January 11th 2026

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
   The Dalton Postmaster holding my Legal Documents Claiming That my address in incorrect a lot of People Knew I was waiting for Them To Come

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.     Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severely stress

**V.     Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

being severely stress from December 5Th 2025 To January 11Th 2026 I am seeking 10million Dollars for Personal suffering

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2-24-2026

Signature of Plaintiff    *Randy Lee Capehart*

Printed Name of Plaintiff    *Randy Lee Capehart*

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

| City | State | Zip Code |
|------|-------|----------|

Telephone Number    _____

E-mail Address    _____



**Vitruvian Health**

HAMILTON HEALTH DALTON CONVENIENT CARE
1107 MEMORIAL DRIVE STE G2
DALTON GA 30720-8662
706-529-3245

## NOTICE FOR 1st MISSED APPOINTMENT

January 23, 2026

Dear Randy L Capehart,
216 E Park St
Dalton GA 30721-2628

We noticed that you missed your appointment at HAMILTON HEALTH DALTON CONVENIENT CARE on January 23, 2026.

Your provider has recommended that you return to the practice so that effective healthcare can be provided to you. Please contact us to schedule another appointment.

Thank you,

HAMILTON HEALTH DALTON CONVENIENT CARE

It is the policy of the Practice to monitor and manage appointment no-shows. Any patient who fails to arrive for a scheduled appointment or who fails to cancel their appointment more than 24 hours prior to the scheduled time is considered a "no-show." Upon the first no-show the patient will receive a letter. A patient with a third (3rd) no-show or who consistently fails to attend a scheduled appointment will be considered a chronic no-show. A patient who is a no-show more than three times is subject to dismissal from the Practice. Should you need to cancel or reschedule an appointment please contact our office as soon as possible, and no later than 24 hours prior to your

 **cologuard®**
by **EXACT SCIENCES**

EXACT SCIENCES LABORATORIES
• 1 Exact Lane, Madison, WI 53711
PH: +1 844-870-8870 | ExactLabs.com

**Order #: 71348811**


RANDY CAPEHART
216 E PARK ST
DALTON, GA 30721-2628

000565



## Dear Randy Capehart,

This is a friendly reminder to complete your Cologuard® test. We know you have a lot of priorities. Don't forget to make screening for colon cancer one too.



000565

## There are a few things you can do right now

 Put the Cologuard kit somewhere that will remind you to get it done right away. You can even set it up so it's ready when you plan to collect your sample.

  **Scan this code**

Or visit Cologuard.com/use to watch the How to Use video.

 Collect your sample when you know you can return it to UPS® the **same day or the next** day. Drop it off at any UPS Store or request a contact-free pickup.

## We are here to help

If you have questions about collecting your sample or scheduling a pickup, we can help.

• Call +1 844-870-8870, every day, 6 AM to 10 PM CT.
  We offer support in English and Spanish, with interpreter services for additional languages.

• Chat with us at Cologuard.com.

Congratulations on taking this important step for your health.

Sincerely,
Your team at Exact Sciences Laboratories

The Cologuard test is intended to screen adults 45 and older at average risk for colorectal cancer. Rx only. For indications and important risk information, visit Cologuard.com. This letter is meant just for you. We constantly update our communications efforts to best serve our patients.

 **EXACT SCIENCES**

Cologuard is a registered trademark of Exact Sciences Corporation. All other trademarks are properties of their respective owners.
© 2025 Exact Sciences Corporation. All rights reserved.
LTR-CG-00307 Ver. 11.2 M-US-CG-01446 June 2025

dear people

The United States Postal service I am
letting you ~~know~~ no That I Tired of all
This bullshit o.k my mail should not
be withEld from it Takes To Three days
for it To get To me Tellme why This is
happening to me I want toKnow why
o.K

Randy Lee Capehart
216 East Park St
Dalton Ga 30720

42 U.S.C. § 1983 and <u>Bivens</u>:

1. To: John F. walsh
Board of Governors and
Albert V. Casey, Legree S.

2. united states Postal service
475 L'Enfant Plaza S.W, wasington DC.
20260-0010

1. Bivens:
Action against a person who has acted under Color
of federal law Such as a Federal official or
employee for Violation of plaintiffs federal
Constitutional rights.

2. 28 U.S.C. § 1332:                Diversity Jurisdiction
The plaintff must be a citizen of a different
state Than all of The defendants, and The matter
in Controversy must exceed The sum or value of
$75,000.00.

42 U.S.C. § 1983 and Bivens:

1 Bivens
Action against a person who has acted under color of federal law such as a federal official or employee for violation of plaintiffs federal Constitutional rights.

2. 28 U.S.C. § 1332): wasington DC.

3. To The board of Governors David steiner and John E. walsh and albert V. legrees.

4 I called The Clerk of The united states District Court 600 East First St. suite 304 Rome. Ga 30161 about my papers That was falled on December 5th To me Randy Lee Capehart 216 East Park St. Dalton Ga 3072: and The Postmaster of The Postal service held Them for over 3 weeks Then sent Them back To The Court sayin That my address is incorrect but my address is Correct Randy Lee Capehart 216 East Park St. Dalton Ga 30720 Post office in Dalton Ga. is 100 S. Thornton Ave Dalton Ga 30720

January Thursday 1-8-26

1 To The Postmaster
us, Postal Service

2 office of The Clerk
united States District Court
600 East First St. Suite 304
Rome. Ga 30161

3 she said That you sent my legal documents back To
her "him" Claiming That my address is incorrect my
address is Correct
Randy Lee Capehart
216 East Park St Dalton Ga. 30720 )(she is
Sending Them Back To me at 216 East Park St.
Dalton Ga 30720 she said That I would get Them
in 3 to 4 days

4. I have made several Copie's of This
Just To Let you know in I got Them notarized where I
Can send Them To my
Civil Rights attorney
Randy Lee Capehart
216 East Park St
Dalton Ga 30720

42 U.S.C. § 1983 and Bivens:

UNITED STATES
POST OFFICE
DALTON GEORGIA
30720

42 U.S.C-§ 1983 Bivens:

you said that you sent my legal documents back to
claiming that my address is incorrect my
address is correct

2 of 4 pag's

6. united states Postmaster General
Head of The united states Postal Service

7. The Board of Governors X David Steiner

8. The Governors are appointed by President
with The advice Consent of The Senate

9. united states Postal service The Chief
executive officer of The Postal service is The
Postmaster General, ~~~~ who is responsible
for The overall operation of The Postal
service, The Board...



Patricia T Preston
Expires 6-13-2026

 **cologuard®**
by **EXACT SCIENCES**

**EXACT SCIENCES LABORATORIES**
1 Exact Lane, Madison, WI 53711
PH: +1 844-870-8870 | ExactLabs.com

Order #: 71348811



 RANDY CAPEHART
216 E PARK ST
DALTON, GA 30721-2628

000565

Dear Randy Capehart,

This is a friendly reminder to complete your Cologuard® test. We know you have a lot of priorities. Don't forget to make screening for colon cancer one too.



000565

## There are a few things you can do right now

 Put the Cologuard kit somewhere that will remind you to get it done right away. You can even set it up so it's ready when you plan to collect your sample.

  Scan this code

Or visit Cologuard.com/use to watch the How to Use video.


 Collect your sample when you know you can return it to UPS® the same day or the next day. Drop it off at any UPS Store or request a contact-free pickup.

## We are here to help

If you have questions about collecting your sample or scheduling a pickup, we can help.

Call +1 844-870-8870, every day, 6 AM to 10 PM CT.
We offer support in English and Spanish, with interpreter services for additional languages.

Chat with us at

Congratulations on taking this important step for your health.

Sincerely,
Your team at Exact Sciences Laboratories

The Cologuard test is intended to screen adults 45 and older at average risk for colorectal cancer. Rx only. For indications and important risk information, visit Cologuard.com. This letter is meant just for you. We constantly update our communications efforts to best serve our patients.

 EXACT SCIENCES

Cologuard is a registered trademark of Exact Sciences Corporation. All other trademarks are properties of their respective owners.
© 2025 Exact Sciences Corporation. All rights reserved.
LTR-CG-00307 Ver. 11.2 M-US-CG-01446 June 2025


**Vitruvian Health**

HAMILTON HEALTH DALTON CONVENIENT CARE
1107 MEMORIAL DRIVE STE G2
DALTON GA 30720-8662
706-529-3245

**NOTICE FOR 1st MISSED APPOINTMENT**

January 23, 2026

Dear Randy L Capehart,
216 E Park St
Dalton GA 30721-2628

We noticed that you missed your appointment at HAMILTON HEALTH DALTON CONVENIENT CARE on January 23, 2026.

Your provider has recommended that you return to the practice so that effective healthcare can be provided to you. Please contact us to schedule another appointment.

Thank you,

HAMILTON HEALTH DALTON CONVENIENT CARE

It is the policy of the Practice to monitor and manage appointment no-shows. Any patient who fails to arrive for a scheduled appointment or who fails to cancel their appointment more than 24 hours prior to the scheduled time is considered a "no-show." Upon the first no-show the patient will receive a letter. A patient with a third (3rd) no-show or who consistently fails to attend a scheduled appointment will be considered a chronic no-show. A patient who is a no-show more than three times is subject to dismissal from the Practice. Should you need to cancel or reschedule an appointment please contact our office as soon as possible, and no later than 24 hours prior to your

 **Vitruvian Health**

HAMILTON HEALTH DALTON CONVENIENT CARE
1107 MEMORIAL DRIVE STE G2
DALTON GA 30720-8662
706-529-3245

## NOTICE FOR 1st MISSED APPOINTMENT

January 23, 2026

Dear Randy L Capehart,
216 E Park St
Dalton GA 30721-2628

We noticed that you missed your appointment at HAMILTON HEALTH DALTON CONVENIENT CARE on January 23, 2026.

Your provider has recommended that you return to the practice so that effective healthcare can be provided to you. Please contact us to schedule another appointment.

Thank you,

HAMILTON HEALTH DALTON CONVENIENT CARE

It is the policy of the Practice to monitor and manage appointment no-shows. Any patient who fails to arrive for a scheduled appointment or who fails to cancel their appointment more than 24 hours prior to the scheduled time is considered a "no-show." Upon the first no-show the patient will receive a letter. A patient with a third (3rd) no-show or who consistently fails to attend a scheduled appointment will be considered a chronic no-show. A patient who is a no-show more than three times is subject to dismissal from the Practice. Should you need to cancel or reschedule an appointment please contact our office as soon as possible, and no later than 24 hours prior to your



**Vitruvian Health**

HAMILTON HEALTH DALTON CONVENIENT CARE
1107 MEMORIAL DRIVE STE G2
DALTON GA 30720-8662
706-529-3245

scheduled appointment. This gives us time to schedule other patients who may be waiting for an appointment.



**Vitruvian Health**

HAMILTON HEALTH DALTON CONVENIENT CARE
1107 MEMORIAL DRIVE STE G2
DALTON GA 30720-8662
706-529-3245

## NOTICE FOR 1st MISSED APPOINTMENT

January 23, 2026

Dear Randy L Capehart,
216 E Park St
Dalton GA 30721-2628

We noticed that you missed your appointment at HAMILTON HEALTH DALTON CONVENIENT CARE on January 23, 2026.

Your provider has recommended that you return to the practice so that effective healthcare can be provided to you. Please contact us to schedule another appointment.

Thank you,

HAMILTON HEALTH DALTON CONVENIENT CARE

It is the policy of the Practice to monitor and manage appointment no-shows. Any patient who fails to arrive for a scheduled appointment or who fails to cancel their appointment more than 24 hours prior to the scheduled time is considered a "no-show." Upon the first no-show the patient will receive a letter. A patient with a third (3rd) no-show or who consistently fails to attend a scheduled appointment will be considered a chronic no-show. A patient who is a no-show more than three times is subject to dismissal from the Practice. Should you need to cancel or reschedule an appointment please contact our office as soon as possible, and no later than 24 hours prior to your



**EXACT SCIENCES LABORATORIES**
1 Exact Lane, Madison, WI 53711
PH: +1 844-870-8870 | ExactLabs.com

N.º de pedido: 71348811



000565

Estimado/a Randy Capehart,

Este es un recordatorio para que se realice la prueba Cologuard®. Sabemos que tiene muchas prioridades. No se olvide de realizar también una prueba de detección del cáncer de colon.

## Hay algunas cosas que puede hacer ahora mismo

 Coloque el kit Cologuard en un lugar que esté a la vista, como su baño. De esa manera, estará listo cuando planifique recolectar su muestra.

  Escanee este código

O visite Cologuard.com/how para obtener más información sobre la prueba Cologuard.

 Recolecte la muestra cuando sepa que puede devolverla a UPS® el **mismo día o al día siguiente.** Déjela en cualquier tienda UPS o solicite un retiro sin contacto.

## Estamos para ayudar

Si tiene preguntas sobre la recolección de la muestra o la organización del retiro, podemos ayudarlo.

- Llame al +1 844-870-8870, todos las dias, de 6 AM a 10 PM CT. **Ofrecemos asistencia en inglés y español, con servicios de intérpretes en otros idiomas.**

- Visite Cologuard.com para chatear con nosotros.

Felicitaciones por dar este importante paso para su salud.

Atentamente,
Su equipo de Exact Sciences Laboratories

La prueba Cologuard tiene el objetivo de evaluar a adultos de 45 años o más con riesgo promedio de cáncer colorrectal. Solo con receta médica. Para obtener indicaciones e información importante sobre los riesgos, visite Cologuard.com. Esta carta es solo para usted. Nosotros actualizamos constantemente nuestros esfuerzos de comunicación para dar mejor servicio a nuestros pacientes.



Cologuard es una marca comercial registrada de Exact Sciences Corporation. Todas las demás marcas comerciales son propiedad de sus respectivos propietarios. © 2025 Exact Sciences Corporation. Todos los derechos reservados.
LTR-CG-00307 ver. 11.2 M-US-CG-01446-ES Junio 2025

# cologuard®
by **EXACT SCIENCES**

**EXACT SCIENCES LABORATORIES**
1 Exact Lane, Madison, WI 53711
PH: +1 844-870-8870 | ExactLabs.com

**Order #: 71348811**



 RANDY CAPEHART
216 E PARK ST
DALTON, GA 30721-2628
000565

Dear Randy Capehart,

This is a friendly reminder to complete your Cologuard® test. We know you have a lot of priorities. Don't forget to make screening for colon cancer one too.


000565

## There are a few things you can do right now

 Put the Cologuard kit somewhere that will remind you to get it done right away. You can even set it up so it's ready when you plan to collect your sample.

  **Scan this code**

Or visit Cologuard.com/use to watch the How to Use video.

 Collect your sample when you know you can return it to UPS® the **same day or the next** day. Drop it off at any UPS Store or request a contact-free pickup.

## We are here to help

If you have questions about collecting your sample or scheduling a pickup, we can help.

Call +1 844-870-8870, every day, 6 AM to 10 PM CT.
We offer support in English and Spanish, with interpreter services for additional languages.

Chat with us at 

Congratulations on taking this important step for your health.

Sincerely,
Your team at Exact Sciences Laboratories

The Cologuard test is intended to screen adults 45 and older at average risk for colorectal cancer. Rx only. For indications and important risk information, visit Cologuard.com. This letter is meant just for you. We constantly update our communications efforts to best serve our patients.



Cologuard is a registered trademark of Exact Sciences Corporation. All other trademarks are properties of their respective owners.
© 2025 Exact Sciences Corporation. All rights reserved.
LTR-CG-00307 Ver. 11.2 M-US-CG-01446 June 2025